UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:17-CR-165-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WARREN L. BAKER | ORDER TO SEAL |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that the Sentencing Memorandum at Docket Entry #64 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

This 23rd day of August, 2018.

JAMES C. DEVER III
Chief United States District Court Judge