IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-165-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| WARREN L. BAKER | : |

**ORDER OF FORFEITURE**

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendant, pursuant to 18 U.S.C. § 981(a)(1)(C), as proceeds of the unlawful activity of the defendant as charged in the Criminal Indictment, and of firearms and ammunition pursuant to 18 U.S.C. § 924(d)(1).

The defendant pled guilty to the Criminal Indictment and agreed to forfeit the property listed in the Criminal Indictment, that is, an amount of $1,609.00, representing the value of proceeds the Defendant personally obtained as a result of the offense listed in Count One, and a Glock, model 42, .380 caliber firearm, bearing serial number ABCS620, and any and all related ammunition.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

1

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. That based upon the agreement contained in the Memorandum of Plea Agreement as to the defendant Warren L. Baker, the United States is hereby authorized to seize the above-stated personal property, that is, a Glock, model 42, .380 caliber, firearm, bearing serial number ABCS620 and any and all related ammunition, and they are hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3);

2. That based upon the defendant's guilty plea and agreement, the above-listed $1,609.00, which was agreed to by the parties as representing the value of proceeds the Defendant personally obtained as a result of the offense listed in Count One, is forfeited to the United States for disposition in accordance with the law; and

3. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

Upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference

to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant immediately.

SO ORDERED. This **24** day of August 2018.

                                        JAMES C. DEVER III
                                        Chief United States District Judge