IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17CR00165-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARREN L. BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion by the United States requesting that an order be entered, pursuant to 28 U.S.C. § 1651, requiring the Fayetteville Police Department to release funds, seized from Warren L. Baker ("Defendant"), to the United States District Court to be applied to Defendant's outstanding monetary penalties, and for good cause shown, it is hereby:

ORDERED that the Fayetteville Police Department shall release all funds seized from Defendant, up to the amount of Defendant's outstanding monetary penalties, and said funds shall be provided to the U.S. District Court to be applied to Defendant's outstanding monetary penalties.

SO ORDERED, this __30__ day of __August__, 2018.

_____
JAMES C. DEVER, III
Chief United States District Court Judge